01129-73338 (ROB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| **JIMMY CRUSE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1:13-cv-01218-JDB-egb |
| v. | ) |
| | ) |
| **BOB'S JANITORIAL** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Come now the parties, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure stipulate that they have fully and finally compromised and settled all disputes between them and hereby stipulate that this action be dismissed with prejudice.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:    /s/ V. Latosha Dexter
V. LATOSHA DEXTER BPR #20851
50 North Front Street, Ste. 610
Memphis, TN 38103
(901) 333-8101
ldexter@raineykizer.com

*Attorney for Defendant*

01129-73338 (ROB)

APPROVED FOR ENTRY:

By: \_\_\_\_/s/ V. Latosha Dexter_____
V. LATOSHA DEXTER BPR #20851
50 North Front Street, Ste. 610
Memphis, TN 38103
(901) 333-8101
ldexter@raineykizer.com

Attorney for Defendant


By: \_\_/s/ Jimmy Cruse_____
Jimmy Cruse
1374 Westover Road
Jackson, TN  38301

*Pro Se Plaintiff*