01129-73338 (ROB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| JIMMY CRUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:13-cv-01218-JDB-egb |
| v. | ) |
| | ) |
| BOB'S JANITORIAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | |

___

## ORDER DISMISSING CASE WITH PREJUDICE

WHEREAS the parties, by and through their designated counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that they have fully and finally compromised and settled all disputes between them and that this action should be dismissed with prejudice.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that this action be, and the same is hereby, dismissed with prejudice.

IT IS SO ORDERED this the 19th day of December, 2013.

**s/ J. Daniel Breen**
Chief Judge, U.S. District Court