# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**JIMMY CRUSE,**

Plaintiff,

CASE NUMBER: 1:13-cv-1218-JDB-egb

v.

**BOB'S JANITORIAL SERVICES, INC.,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered in the above-styled matter on 12/19/2013, this case is hereby dismissed with prejudice.

**APPROVED:**

s/J. Daniel Breen
Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**